United States District Court
Southern District of Texas
**ENTERED**
June 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERTO GONZALEZ DELACRUZ, § <br> TDCJ-CID #00878046, § <br> § <br> *Petitioner*, § <br> § <br> v. § <br> § <br> LORIE DAVIS, § <br> § <br> *Respondent.* § | CIVIL ACTION NO. H-16-1656 |

## ORDER

Petitioner's application to proceed *in forma pauperis* (Docket Entry No. 2) is **DENIED** for his failure to attach the required certified copy of his current inmate trust account statement (data sheet). Petitioner is **ORDERED** to submit the data sheet within thirty days from date of this order. Petitioner's failure to comply timely with this order may result in dismissal of this lawsuit for failure to pay the filing fee.

The Clerk of Court shall correct the docket sheet to reflect Lorie Davis as the proper respondent.

Signed at Houston, Texas, on JUN 1 4 2016 _____.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE