United States District Court
Southern District of Texas
**ENTERED**
July 20, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERTO GONZALEZ DE LA CRUZ, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:16-cv-1656 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order entered on this date, this case is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on JUL 1 9 2017.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE