# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 7, 2019

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

United States District Court
Southern District of Texas
FILED

JAN – 8 2019

David J. Bradley, Clerk of Court

Re:  Roberto Gonzalez Delacruz
v. Lorie Davis, Director, Texas Department of Criminal Justice,
Correctional Institutions Division
No. 18-6428
(Your No. 17-20509)     4:16-CV-1656

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 08, 2019

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 17-20509    Roberto Delacruz v. Lorie Davis, Director
                       USDC No. 4:16-CV-1656

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order denying certiorari.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _/s/ Stacy Carpenter_
                Stacy M. Carpenter, Deputy Clerk